Lisa Edgar-Dickman SBN: 241008
2451 Palmira Pl
San Ramon, CA 94583
(925) 314-0381 phone
(925) 314-0383 fax
FILED
October 20, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003847966

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: ZINA M. LEE,<br><br>    Debtor, | Chapter 7<br><br>Case No.: 11-39841-C-7<br><br>D.C. No. PD-2<br><br>Notice of Motion to Compel Abandonment of property of the estate; Motion to Compel Abandonment of Property pursuant to Section 554(b);Declaration of Zina M. Lee and Certificate of Service<br><br>Hearing date: November 29, 2011<br>Time: 9:30 a.m.<br>Ctrm: 35<br><br>501 "I" Street<br>Sacramento, CA 95814 |

NOTICE OF MOTION TO COMPEL ABANDONMENT OF PROPERTY OF THE ESTATE

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that a hearing on the Debtor's motion for the trustee to abandon property of the estate will be heard in the above-captioned courtroom of the honorable Christopher M. Klein located at 501 "I" Street Sacramento, CA 95814 on November 29, 2011 at 9:30 a.m. The motion is based on the motion, declaration in support of the motion to abandon the business called Zina Care

Home I and II and the pleadings and papers on file herein and upon such oral and documentary evidence as may be presented by the parties at hearing.

PLEASE TAKE FURTHER NOTICE that the Motion is being made pursuant to local Rule 9014-1(f)(1) and Federal Rules of Bankruptcy Procedure 4001.

PLEASE TAKE FURTHER NOTICE that any opposition to the granting of the Motion shall be in writing, supported by written evidence and shall be served on Movant's Counsel Lisa Edgar-Dickman at 2451 Palmira Pl San Ramon, CA 94583 and the clerk of the court not less than 14 calendar days preceding the noticed (or continued) date of hearing.

    The opposition shall specify whether the responding party contents to Court's resolution of the disputed material facts pursuant to FRCiv 43(e) as made applicable by FRBP 9017. If the responding party does not so consent, the opposition shall include a separate statement identifying each disputed material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to file the separate statement shall be construed as consent to resolution of the motion and all disputed material factual issues pursuant to FRCivP 43(e).

PLEASE TAKE FURTHER NOTICE that unless written opposition and supporting evidence are timely filed with the Clerk of the Court, and served on the Movant's, the Court may strike untimely filed written opposition and resolve the matter without oral argument or impose sanctions.

Dated October 20, 2011

*Lisa Edgar-Dickman*
Lisa Edgar-Dickman
Attorney for the Debtor

Now Comes, Zina M. Lee, Debtor and hereby files its Motion to Compel Abandonment pursuant to 11 U.S.C. 554(b) (the motion) and in support thereof respectfully submits the following:

## Jurisdiction

1. The court has jurisdiction over this Motion pursuant to 28 U.S.C. Section 157. Venue is proper pursuant to 28 U.S.C. Section 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2).

## Bankruptcy

2. The Debtor filed for protection under Chapter 7 of the United States Bankruptcy Code on August 15, 2011. Included in the Schedules is the debtor is self employed and operates a business called Zina's Care Home I and II. Zina's two homes are licensed assisted living facilities and she is currently caring for elderly people who can no longer live alone and some that have more serious health care needs. The business is not incorporated and she is sole proprietor. She holds the license and that license is not transferable. In her schedules the Debtor valued her business at $10,000.00 as she is running negative each month for what she is allowed to charge to the State of California for elder care she is providing to indigent individuals.

3. Once the debtor filed the bankruptcy, the business "Zina's Care Home I and II became property of the bankruptcy estate.

Relief Requested

4. Section 554 (b) of the Bankruptcy Code provides "on request of a party in interest and after notice and hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate." The Debtor claims the value of the business at a $10,000.00. See Debtor's filed Bankruptcy Schedule B and Schedule C. The business is running negative a month since the debtor lost elders to care for. This was stated at first meeting of the creditors and reflected on Debtor's Bankruptcy Schedule J. Since the value of the business is $10,000.00 and is claimed exemption; the business is of inconsequential value and benefit of the bankruptcy estate.

5. It is everyone's best interest that the Debtor be allowed to continue to operate the business and provide care for the elderly and not have them displaced.

Wherefore, the Debtor, Zina M. Lee prays that the Chapter 7 trustee be directed to abandon the business called Zina's Care Home I and II which is the subject of this application and that the movant are granted all other just relief.

Respectfully submitted:

By: *Lisa Edgar-Dickman*
Lisa Edgar-Dickman
Attorney for the Debtor

Certificate of Service

In addition to the copies served electronically by the court, I Lisa Edgar-Dickman certify that on October 20, 2011, a true and correct copy of the Motion to Compel Abandonment, Notice of Motion to Compel Abandonment and Declaration of Zina Lee in support of the Motion to abandon property of the estate was served on the attached service list via first class United States Mail, postage prepaid.

By: /s/ Lisa Edgar-Dickman

Lisa Edgar-Dickman

Internal Revenue Service
Dept of Treasury
Fresno, CA   93888


State Tax Franchise Board
P.O. Box 942840
Sacramento, CA   94240


Statebridge Company LLC
4600 S. Syracuse Street
Ste 700
Suisun City, CA   94585


American Express
P.O. Box 0001
Los Angeles, CA   90096


Bank of America
P.O. Box 515503
Los Angeles, CA   90051


Cal Western Reconveyance Corp
525 East Main Street
El Cajon, CA   92022


Expo Credit Services
P.O.Box 182676
Columbus, OH   43218-2676


Home Depot
P.O. Box 18276
Columbus, OH   43218-2789


Mercedes-Benz Financial Servi
P.O. Box  17496
Baltimore, MD   21297

Zina Lee
2112 Allston Place
Fairfield, CA 94533

Alan S. Fukushima
1102 Corporate Way #100
Sacramento, CA 95831

Department of Justice
Eastern District of California- Sacramento Division
Robert T. Matsui United States Courthouse
501 I Street Room 7-500
Sacramento, CA 95814